UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK SIMMS,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 12-701 (EGS) |

**DEFENDANTS' PRAECIPE REGARDING
STATUS OF D.C. OFFICE OF THE ATTORNEY
<u>GENERAL'S DECISION ON CIVIL FORFEITURE</u>**

  Defendants respectfully inform the Court that Stephane J. Latour, Chief of the Civil Enforcement Section, D.C. Office of the Attorney General, has determined that the civil forfeiture matter concerning the subject vehicle will be assigned to an attorney for further investigation
.

            Respectfully submitted,

            IRVIN B. NATHAN
            Attorney General for the District of Columbia

            ELLEN EFROS
            Deputy Attorney General
            Public Interest Division

        /s/ *Grace Graham*_____
GRACE GRAHAM, D.C. Bar No. 472878
Chief, Equity Section
441 Fourth Street, N.W., Ninth Floor South
Washington, D.C.  20001
Direct Dial: (202) 442-9784
Receptionist: (202) 727-6295
Facsimile: (202) 741-8892
Email: grace.graham@dc.gov


        /s/ *Jacques P. Lerner*_____
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W., Ninth Floor South
Washington, D.C.  20001
Direct Dial:  (202) 724-1342
Facsimile:  (202) 741-5908
Email: jacques.lerner@dc.gov

**MAY 18, 2011**                                **COUNSEL FOR DEFENDANTS**
**DISTRICT OF COLUMBIA**